IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIE C. SEOANE,

      Plaintiff,

v.                                                                               CV 14-424 MV/WPL

DICK'S SPORTING GOODS, INC.,

      Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed October 7, 2014. (Doc. 14) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. Dick's Sporting Goods ("Dick's") was granted an extension to file objections until December 8, 2014. (Doc. 16.) Dick's filed a status report on November 19, 2014, indicating that it would not file objections to the PFRD.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) the Plaintiff's motion to remand to state court (Doc. 10) is GRANTED; and

3) this case is remanded to the Third Judicial District Court of the State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE